UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK WAYNE WARE,<br><br>    Defendant. | CASE NO. MJ 10-211<br>CD/IL NO. 10-MJ-6413<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Failure to Register as a Sex Offender

<u>Date of Detention Hearing</u>:    May 12, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant, a convicted sex offender, is charged by Complaint in the Central District of Illinois with failing to register and update a registration as required by the Sex

Offender Registration and Notification Act.

(2) Defendant has a lengthy criminal history including numerous sex offenses. There is an active warrant, extraditable in Illinois, from the Warren County Sheriff's Office, for failing to register as a sex offender related to his conviction for Predatory Criminal Sexual Abuse of a Child, Amended to Criminal Sexual Abuse by Force.

(3) Defendant was not interviewed by Pretrial Services. Most of his background information is unknown and unverified. He does not contest detention.

(4) Defendant poses a risk of nonappearance due to unknown background information, association with two dates of birth and an alias name, and a previous failure to appear. He poses a risk of danger due to his criminal history and the nature of the instant offense.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of May, 2010.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                              PAGE 3